UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROINA
DIVISION


FILED IN OPEN COURT
ON 7/12/10
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA

VS.

Michael D. Bernard

NO. 7:09-CR-50-1F

ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on **July 12, 2010** be turned over to Special Agent **Steve Lanier**, to be retained in his custody until this case is completed, including any matters on appeal:

| GOVERN. EXHIBIT NO.: | DESCRIPTION: |
| --- | --- |
| B 52 | .32 Caliber Ammunition |
| B 51 | .32 Caliber Revolver |
| B 32 | Envelope – (CRACK) |
| B 31 | Envelope – BCSD |
| B 30 | Outer Envelope |
| B 11 | Cooler |
| B 12 | Cooler |
| B 2 | Grey Goose Container |
| B 3 | Bottle of Pills |

This **12th** day of **July**, 2010.

_James C. Fox_
UNITED STATES DISTRICT JUDGE

Received by Agent (signature) on (date)

S. LANIER          7/12/2016

Case 7:09-cr-00050-F   Document 124   Filed 07/12/10   Page 1 of 1