UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DIVISION



UNITED STATES OF AMERICA

VS.

NO. 7:09-CR-50-1F

Michael D. Bernard

O R D E R

**IT IS HEREBY ORDERED** that the following government exhibit(s) admitted into evidence on July 12, 2010 be turned over to Special Agent Steve Lanier, _____ to be retained in his custody until this case is completed, including any matters on appeal:

| GOVERN. EXHIBIT NO.: | DESCRIPTION: |
|---|---|
| B4 | Gun Magazine |
| B5 | Gun Magazine .223 |
| B6 | Gun Magazine .223 |
| B7 | Gun Magazine SKS |
| B23 | AR-15 Upper Stock |
| B24 | AR-15 Case |
| B9 | Blue Money Bag - Drug Para. |
| B18 | Box of Marijuana |
| B19 | Box/Bag of Marijuana |

This 12th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE

Received by Agent           (signature) on           (date)

S. Lanier                                              7-12-2010

Case 7:09-cr-00050-F   Document 125   Filed 07/12/10   Page 1 of 1