UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROINA
DIVISION



UNITED STATES OF AMERICA

VS.

NO. 7:09-CR-50-1F

Michael Bernard

ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on July 12, 2010 be turned over to Special Agent Steve Lanier to be retained in his custody until this case is completed, including any matters on appeal:

| GOVERN. EXHIBIT NO.: | DESCRIPTION: |
|---|---|
| B10 | Bag of Loose Marijuana |
| B20 | Pill bottle - Hydrocodone |
| B21 | Ecstasy Tablet |
| B23 | Glock Firearm |
| B8 | Bag of Bullets |
| B25 | Box of Ammunition |
| B14 | Duffle Bag |

This 12th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE

Received by Agent       (signature) on       (date)

S. Lanier       7/12/2010

Case 7:09-cr-00050-F   Document 126   Filed 07/12/10   Page 1 of 1