IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:09-CR-50-F-1

UNITED STATES OF AMERICA

vs. **ORDER**

MICHAEL D. BERNARD
Defendant.

FOR GOOD CAUSE SHOWN, the defendant's *pro se* motion that he be allowed to withdraw from that capacity and that Mr. W. H. Paramore, III be re-appointed to appear in his case as trial counsel pursuant to the initial appointment of the Federal Public Defender is ALLOWED AND GRANTED and Mr. Paramore is re-appointed as trial counsel and a new Notice of Appearance is not required to be filed by Mr. Paramore.

IT IS SO ORDERED AND DIRECTED.

Executed at chambers this the 26 day of August 2010.

_____
The Honorable James C. Fox
Senior United States District Court Judge