UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:09-CR-50-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL DEFONTE BERNARD, | ) | |
| Defendant. | ) | |

Sentencing in this matter is CONTINUED until this court's January 3, 2011, term of court in Wilmington, North Carolina.

SO ORDERED.

This, the 6th day of October, 2010.

*/s/ James C. Fox*
JAMES C. FOX
Senior United States District Judge