UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:09-CR-50-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL DEFONTE BERNARD, | ) | |
| Defendant. | ) | |

The Clerk of Court is DIRECTED :

1. To disclose to Mr. Juan Alberto Arteaga, Michael Bernard's attorney of record in the appeal, *United States v. Michael D. Bernard*, No. 11-4054 (4th Cir.), a SEALED copy of the evaluations conducted at FCI-Butner during the pendency of this matter in district court. These items are disclosed to Mr. Arteaga for the sole purpose of perfecting and prosecuting Bernard's appeal in the Fourth Circuit Court of Appeals, are to remain under seal, and shall be returned under seal to the Clerk of this court together with the record after conclusion of the appeal. The sealed documents shall be designated as CONFIDENTIAL and shall be treated as such by appellate counsel and his staff.

2. To provide a sealed copy of Bernard's CONFIDENTIAL Presentence Report, dated October 6, 2010.

3. To terminate the motion at [DE-152].

SO ORDERED.

This, the 16th day of June, 2011.

JAMES C. FOX
Senior United States District Judge